UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Mamady Kalifa Keita,

      Plaintiff,

v.

Kathryn Halverson, *Warden of Facility (MCF-OPH) in their individual capacity*; Travis Binkley, *Facility Lieutenant in their individual capacity*; and Lisa Conners, *Associate Warden (during incident), in their individual capacity*,

      Defendants.

Case No. 25-CV-02352 (JMB/ECW)

ORDER

---

Mamady Kalifa Keita, Apple Valley, Minnesota, self-represented.

Edwin William Stockmeyer, III and Jennifer Cho Moreau, Minnesota Attorney General's Office, St. Paul, Minnesota, for Defendants.

---

This matter is before the Court on the Report and Recommendation (R&R) of United States Magistrate Elizabeth Cowan Wright dated April 10, 2026. (Doc. No. 26.) The R&R recommends that Defendants' Motion to Dismiss Plaintiff's Amended Complaint be granted. (*See id.*) Neither party has objected to the R&R, and the time to do so has now passed. *See* D. Minn. L.R. 72.2(b)(1).

In the absence of timely objections, the Court reviews the R&R for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all the files, records, and proceedings in the above-captioned matter, IT IS HEREBY ORDERED THAT:

1.    The R&R (Doc. No. 26) is ADOPTED.

2.    Defendants' Motion to Dismiss Plaintiff's Amended Complaint (Doc. No. 17) is GRANTED.

3.    Plaintiff's Amended Complaint is DISMISSED WITHOUT PREJUDICE.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: May 15, 2026                                  /s/ *Jeffrey M. Bryan*
                                                     Judge Jeffrey M. Bryan
                                                     United States District Court